FILED

09/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0368

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0368

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICHAEL OKEEFE,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 24, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 21 2022